385 P.2d 706

**The STATE of Arizona, Appellee,**

v.

**Ruben FEDERICO, Appellant.**

**No. 1286.**

Supreme Court of Arizona.

En Banc.

Oct. 17, 1963.
Rehearing Denied Nov. 27, 1963.

Robert Pickrell, Atty. Gen., Phoenix, Norman E. Green, County Atty. of Pima County, Carl Waag, Deputy County Atty., Tucson, for appellee.

Robert E. Cattany, Tucson, for appellant.

LOCKWOOD, Justice.

This is an appeal by Ruben Federico from a conviction in the Superior Court of Pima County of the crime of rape.

The facts in this case arose out of the same incident and are related to State v. Owen, Ariz., 385 P.2d 700. The assignments of error relate to the same purported errors therein. For the reasons stated in that case, the judgment is similarly affirmed here.

UDALL, V. C. J., and JENNINGS, J., concur.

BERNSTEIN, Chief Justice, and STRUCKMEYER, Justice (dissenting).

We dissent for the reasons set forth in our dissent in State v. Owens, Ariz., 385 P.2d 700 (1963).